**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

July 31, 2023

MEMORANDUM TO COUNSEL

    Re:    *Shanea Daniel v. Home Box Office, Inc., et al.*
            Civil Action No. ELH-23-233

Dear Counsel:

    As you know, on January 27, 2023, Shanea Daniel, plaintiff, filed suit against Warner Bros. Discovery, Inc.; WARNERMEDIA DIRECT, LLC; WARNERMEDIA SERVICES, LLC; Home Box Office, Inc.; HBO SERVICE CORPORATION; Time Warner, Inc.; WARNER COMMUNICATIONS, INC.; and AT&T, Inc, defendants, alleging defamation, "False Light," and negligence. ECF 1.

    Nathan Siegel of Davis Wright Tremaine LLP filed a notice of appearance on behalf of Home Box Office, Inc. ECF 15. No other defendants have responded to the suit. *See* Docket. Moreover, there is no indication that the remaining defendants were served.

    Fed. R. Civ. P. 4(m) requires a plaintiff to serve a defendant "within 90 days after the complaint is filed." If any defendant is not served within that time, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.* Pursuant to Fed. R. Civ. P. 4(m), plaintiff was required to serve the defendants by April 27, 2023.

    Local Rule 103.8 provides that, if a plaintiff "has not effected service of process within ninety (90) days of filing" the suit, "the Court may enter an order asking the party to show cause why the claim should not be dismissed." The same Local Rule states that "the claim shall be dismissed without prejudice" if the plaintiff fails to show cause within "within fourteen (14) days of the entry of the order or such other time as may be set by the Court." Local Rule 103.8.

    Accordingly, plaintiff is directed to effect service of process upon the remaining defendants by August 14, 2023, or, alternatively, show cause by August 14, 2023, as to why the claims against the remaining defendants should not be dismissed under Fed. R. Civ. P. 4(m) and Local Rule 103.8 for failure to effect service of process.

    Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

-2-

/s/
Ellen Lipton Hollander
United States District Judge